FILED

2015 NOV 20 PM 4:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Julio Cesar Ponce-Ybarra DEFENDANT(S). | CASE NUMBER 15 MJ-2252 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing
is set for __Nov.__, __24__, at __2:00pm__ ☐ a.m. / ☐ p.m. before the
Honorable __Eick__ , in Courtroom __20__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: __11/20/15__          _____
                              U.S. District Judge/Magistrate Judge